UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ERIC BERGERON, et al. | |
| Plaintiffs, | Civil No. 11-7408 (JEI)(KMW) |
| v. | **O R D E R** |
| DGI SERVICES, LLC, | |
| Defendant. | |

It appearing that upon notice of involuntary bankruptcy of Defendant, the Court entered an Order dated May 7, 2012, staying the instant matter in accordance with 11 U.S.C. § 362(a), pending further order of the Court; and for good cause appearing,

IT IS on this 24th day of July, 2013,

ORDERED that the Clerk administratively terminate this matter in his records, without prejudice to the right of the parties to reopen the proceedings for good cause shown for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation.

    s/ Joseph E. Irenas
Senior United States District Judge